# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

January 9, 2026

CL-2025-0065

R.D. v. Mobile County Department of Human Resources (Appeal from Mobile Juvenile Court: JU-23-832.02).

## **NOTICE**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, and Fridy, JJ., concur.

Bowden, J., dissents, without opinion.

Seth P. Rhodebeck, Clerk